**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

SHANNON FLEMING,

      Plaintiff,

v.                                  CASE NO.  4:13cv139-RH/CAS

THE FLORIDA BAR,

      Defendant.

_____/

**ORDER EXTENDING THE DEADLINE TO**
**FILE A SUMMARY-JUDGMENT MOTION**

The defendant's unopposed motion, ECF No. 16, to extend the deadline to

file a summary-judgment motion is GRANTED.  The deadline is extended to

November 19, 2013.

SO ORDERED on November 16, 2013.

                                  s/Robert L. Hinkle
                                  United States District Judge