# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

SHANNON FLEMING,

     Plaintiff,

v.                                 CASE NO. 4:13cv139-RH/CAS

THE FLORIDA BAR,

     Defendant.

_____/

## ORDER EXTENDING THE MEDIATION DEADLINES

The consented motion to extend the mediation deadlines, ECF No. 15, is granted. The deadline to begin mediation is extended to November 26, 2013. The deadline to finish mediation is extended to December 10, 2013.

SO ORDERED on November 16, 2013.

                                      s/Robert L. Hinkle
                                      United States District Judge