**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

SHANNON FLEMING,

    Plaintiff,

v.                        CASE NO. 4:13cv139-RH/CAS

THE FLORIDA BAR,

    Defendant.

_____/

**ORDER EXTENDING THE DEADLINE FOR
THE SUMMARY-JUDGMENT RESPONSE**

The plaintiff's unopposed motion, ECF No. 22, to extend the deadline for the response to the summary-judgment motion is GRANTED. The deadline is extended to December 20, 2013.

SO ORDERED on December 9, 2013.

                                s/Robert L. Hinkle
                                United States District Judge